# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983

In the United States District Court
District of MASSACHUSETTES

GEORGE WOODEN JR.

Enter above the full name of the plaintiff in this action.

VS.

F.M.C. DEVENS

S. ANTLEY

04-40255

Enter above the full name of the defendant or defendants in this action.

## I. Parties

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff  GEORGE WOODEN JR.

   Current Address  FEDERAL MEDICAL CENTER BUTNER
   P.O. BOX 1600 BUTNER N.C. 27509

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant  S. ANTLEY  is

   employed as  LIEUTENANT FEDERAL OFFICER

   at  FEDERAL MEDICAL CENTER DEVENS

C. Additional Defendants _____

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or quote any cases or statutes.

If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. (Attach additional sheet if necessary).

ON 8-25-03 C/O D.DROUIN CONDUCTED A CELL SEARCH OF MY CELL,

WHILE HOUSED IN SPECIAL HOUSING UNIT (CELL 312).

HE TOOK ALL OF MY PERSONAL PROPERTY TO THE LIEUTENANTS OFFICE

LIEUTENANT S. ANTLEY CONDUCTED A INVESTIGATION AND TOOK 100

HAND DRAWN PICTURES OUT OF MY PORTFOLIO, AND HE EMBEZZLED

A PIECE OF MY MAIL. IT WAS A SEALED ENVELOPE ADDRESSED TO

MY LAWYER AND REFUSED TO GIVE IT BACK TO ME.

**CHARGES MAIL THEFT, LARCENY, ILLEGALLY OPENING CLIENT LAWYER**

**MAIL.** I AM SUFFERING FROM MENTAL STRESS.

### III. Relief

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.) I WANT MY PRICELESS 100 PICTURES RETURNED TO ME OR

I WANT ACTUAL DAMAGE MONETARY'S OF $$$ 1,000,000

NOMINAL DAMAGE MONETARY'S AND PUNITIVE DAMAGE MONETARY...

ONE MILLION DOLLARS.   I WANT LIEUTENANT S. ANTLEY TO PAY

A $$$ 500 DOLLAR FINE PLUS I WANT HIM SUSPENDED FOR 5 YEARS,

WITHOUT PAY. LASTLY I WANT HIM IMPRISONED FOR THE ILLEGAL ACTS.

(X) **Jury Trial**        ( ) **Non-Jury Trial**

### IV. Place of present confinement FEDERAL MEDICAL CENTER BUTNER

A. Is there a prisoner grievance procedure in this Institution? (X) Yes    ( ) No

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

(X) Yes    ( ) No

C. If your answer is **Yes:**

1. What steps did you take? BP 8 1/2 BP 9, BP 10, BP11

2. What was the result? ALL OF MY ADMINISTRATIVE REMEDIES WERE DENIGHED.



D. If your answer is **NO**, explain why not. _____

_____

E. If there is no prison grievance procedure on the institution, did you complain to the prison authorities?
   ( ) Yes    ( ) No

F. If your answer is **YES**:
   1. What steps did you take? _____
   _____
   2. What was the result? _____
   _____

## V. Previous Lawsuits

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
   ( ) Yes    (X) No

B. If your answer to A is **YES**: You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper, using the same outline.)

   1. **Parties to previous lawsuit:**

      Plaintiff(s) _____

      _____

      Defendants _____

      _____

   2. Court (if federal court, name the District; if state court, name county): _____

   3. Docket number: _____

   4. Name of Judge to whom case was assigned _____

   5. Disposition (was the case dismissed? Appealed? Still pending?) _____

   6. Approximate date of filing lawsuit _____

   7. Approximate date of disposition _____

**I declare under penalty of perjury that the foregoing is true and correct.**

_10/04_           X_____
(Date)                      (Signature of Plaintiff)